```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS MCLARTY,
DAVID POWELL, and
MICHAEL CATO

                 Defendants.

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference set for October 5, 2021, is RESCHEDULED to **October 4, 2021**, at **11:00 a.m.**

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                  ANALISA TORRES
                              United States District Judge