UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS MCLARTY,
DAVID POWELL, and
MICHAEL CATO

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2021
```

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial conference scheduled for October 4, 2021, is ADJOURNED to **October 18, 2021**, at **11:00 a.m.**  The conference will use the Court's videoconferencing system.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

Time until October 18, 2021, is excluded from the Speedy Trial calculation because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, in that this will allow the Government to prepare discovery and for the parties to discuss potential pre-trial dispositions in this matter.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  October 4, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge