USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Douglas McLarty,

                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 489 (AT)( )

Defendant __Douglas McLarty_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Douglas McLarty**
_____
Print Defendant's Name

Anthony L. Ricco
*Digitally signed by Anthony L. Ricco*
*Date: 2021.10.17 17:35:22 -04'00'*
_____
Defense Counsel's Signature

**Anthony L. Ricco**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__October 19, 2021__
Date

_____
ANALISA TORRES
United States District Judge