UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS MCLARTY,
                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2021

21 Cr. 498-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The change of plea hearing scheduled for November 1, 2021, is ADJOURNED to **November 15, 2021**, at **10:00 a.m.**, and will proceed in person.

    SO ORDERED.

Dated: November 1, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge