**ANTHONY L. RICCO**
*Attorney At Law*
20 Vesey Street, Suite 400
New York, New York 10007

Tel. (212) 791-3919  Fax. (212) 791-3940

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/2/2022__
```

Steven Z. Legon
Of Counsel

February 27, 2022

\* \* \*  **Request To Be Filed Under Seal**  \* \* \*

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *United States v. Douglas McLarty,* Docket No. 21 Cr. 498 (AT)

Dear Judge Torres:

This letter is submitted to request permission to file the defense objections to the Presentence Investigation Report and Sentencing Recommendation under seal. In this case, Douglas McLarty's sentencing recommendation contains detailed information related to his treatment and diagnosis of an intellectual disability and cognitive impairment, and is accompanied by a confidential Neuropsychological Evaluation.

Since Douglas McLarty's sentencing recommendation contains confidential information related to Douglas McLarty's mental health, treatment and diagnosis, it is requested that the attached redacted version of his sentencing recommendation (without the attachment) is filed on the public docket, and the un-redacted version be held under seal, pursuant to Rule 5.2 of the Joint Rules of the SDNY and EDNY, and the SDNY Electronic Case Filing and Instructions, Section 21.4 (Privacy and Public Access of ECF Cases).

                                                      Respectfully,

                                                      *Anthony L. Ricco*

GRANTED.

SO ORDERED.

Dated: March 2, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge