```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS MCLARTY,
                     Defendant.

21 Cr. 498-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed defense counsel's letter dated March 14, 2022 and filed under seal, requesting adjournment of sentencing in this matter. The request is GRANTED. Accordingly, the sentencing scheduled for March 21, 2022, is ADJOURNED to **April 26, 2022**, at **10:00 a.m.**, and will proceed in person. The Government's submission is due one week before sentencing.

      SO ORDERED.

Dated: March 15, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge