```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

DOUGLAS McLARTY,

                      Defendant.

21 Cr. 498-1 (AT)

**ORDER GRANTING IFP APPLICATION**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's *ex parte* request to proceed *in forma pauperis*. Defendant's request is GRANTED.

    Accordingly, Defendant's motions for a status update regarding his application for *in forma pauperis* relief, ECF Nos. 96–97, are DENIED as moot. The Clerk of Court is directed to terminate the motions at ECF Nos. 96–97.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York

                                                       ANALISA TORRES
                                              United States District Judge