```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-

DOUGLAS MCLARTY, DAVID POWELL, and
MICHAEL CATO,

                                Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to terminate the motions at ECF Nos. 47, 84. The trial scheduled for May 8, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge